UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODNEY LEE CARROLL,

        Plaintiff,

  v.

MICHAEL HENNESSY et al,

        Defendant.

Case Number: CV07-03040 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodney Lee Carroll 2302043
CJS/K4
850 Bryant St.
San Francisco, CA 94103

Dated: June 18, 2007

                                            Richard W. Wieking, Clerk
                                            By: Barbara Espinoza, Deputy Clerk