IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODNEY LEE CARROLL,                                     No. CV 07-03040 CRB,

      Plaintiff,

  v.                                                                      **JUDGMENT IN A CIVIL CASE**

MICHAEL HENNESSY,

      Defendant.
_____/

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment be entered in favor of defendant.

Dated: June 18, 2007                                                Richard W. Wieking, Clerk
                                                                                  By: [signature]
                                                                                  Deputy Clerk